IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS ORLANDO TAITE, | ) | |
| a/k/a DRELIJAH J. | ) | |
| MUHAMMAD-ALI, #180644, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21-CV-04-WHA-JTA |
| | ) | [WO] |
| JIMMY THOMAS, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On March 29, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 6.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 6) is ADOPTED; and

2. This case is DISMISSED WITHOUT PREJUDICE because Petitioner has failed to comply with the Court's order to submit the filing fee or a properly completed IFP application accompanied by a prison account statement.

It is further ORDERED that Petitioner's Motion for Global Worldwide International Transfer (Doc. 2), Motion for Hearing (Doc. 5), and Motion for Reconsideration (Doc. 5) are DENIED.

A final judgment will be entered separately.

DONE this 21st day of April, 2021.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATE DISTRICT JUDGE